Name **Samuel Liam Zoch**
Address **446 Alta Road Suite 5300**
**4C247, San Diego, California**
**92158**



FILING FEE PAID ☐ Yes ☑ No
IFP MOTION FILED ☐ Yes ☑ No
COPIES SENT TO ☑ Court ☐ Pro Se

**FILED**

JUN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MC-275

CDC or ID Number _____

**United States District Court, Southern District of California**
**Office of the Clerk 880 Front St Suite 4290, San Diego, Calif 92101-8940**
(Court)

Petitioner **Samuel Liam Zoch**

vs.

Respondent **S.D. Count Sheriffs Medical**

PETITION FOR WRIT OF HABEAS CORPUS

No. **'08 CV 1130 J AJB**
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

- [ ] A conviction
- [ ] A sentence
- [x] Jail or prison conditions
- [x] Other (specify): iNAdequate treatment by Psychiatrist at facilitie GBDF.
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: SAMuel L Zoch
2. Where are you incarcerated? S.D. County jail
3. Why are you in custody? [ ] Criminal Conviction  [ ] Civil Commitment   CASE pENdiNg..

   Answer subdivisions a. through i. to the best of your ability.

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      N/A

   b. Penal or other code sections: PE 061108, PC242 PC 245
   c. Name and location of sentencing or committing court: E/cajon Courts
   d. Case number: C27886
   e. Date convicted or committed: N/A
   f. Date sentenced: N/A
   g. Length of sentence: N/A
   h. When do you expect to be released? CASE PENdiNg
   i. Were you represented by counsel in the trial court?  [ ] Yes.  [x] No. If yes, state the attorney's name and address:

      CASE PENdiNg

4. What was the LAST plea you entered? (check one)

   [x] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other:

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [x] Awaiting trial

6. GROUNDS FOR RELIEF                                                                                 MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Psychological treatment that identify my (Cebral Palsy disorders) that demand recommendation from my psychiatrist Dr. Kushnir a civilian mental disorder Dr. that is knowledgeable of medicines & critical treatments .. GBDF's medical is toying my medications by over medicating my dosages are—

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Civilian Dr. that treat me are [Steve Tess] a therapist, and also Dr. Kushnir also I'm under this care. Facilities psychiatric care are required by [LPS] acts to screen every patient to receive appropriate prescription, and dosages of medication that have been carelessly passed out in pill line, and was too many pills every time.. This bring negligence by staff that has (not) called me in for treatment that I seriously need. This violation of my civil rights - 42 (1983), and the 8th amendment agrees that unnecessary suffering constitutes deliberate indifference.. Also this negligence by medical procedures that have made me suffer that is cruel and unusual punishment due to action of using me as toying for-a-lab-experiment... This is a medical mal practice, and will be forwarded to the federal courts I suffer with tormenting mental anguish daily, and need both" medical & psychiatric treatment critically.

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Estelle V. Gamble, 429 U.S. 97, 104 (1976)
Aswegan V. Bruhl 965 F.2d 676 677-78 (8th Cir 1992)
Brady V. Attugala (9th Cir 2002) 196 F. Supp 2d 1016; Gomez V. Winslow (N.D. Cal. 2001) 177 F. Supp. 2d 977, 984-985.

7. Ground 2 or Ground __1__ (if applicable):   MC-275

very "high". Also the psychiatrist have not treated my treatment I need. And are under (A.D.A.) of America. Anxiety levels need dedicated treatment by a professional Psychiatrist, and a medical orthopedic & neurologist that treats my Arthritis, and pains I suffer daily. D.D.A. a client of the Regional Center.

a. Supporting facts: Civil Right in violation 42(1983) 8th 14th - inadequate - medical proceedures

Under practicies & policies Bayview hospital on Moss St in Chula Vista, I was under care of a physician care that prescribed help medication that also treated me with the service I needed. County jail has did nothing but caused neglect to my supports & supplement by delayed screening, and deprived sick call appts.

Bowel & Bladder movement are very hard to release.. Also my equilibrium of balance is a disabilitie, and need support supplement for safe & health issues.

b. Supporting cases, rules, or other authority:

MC-275

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes  ☑ No.  If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
   b. Result _____ N/A _____  c. Date of decision: _____
   d. Case number or citation of opinion, if known: _____
   e. Issues raised: (1) _____
      (2) _____ N/A _____
      (3) _____
   f. Were you represented by counsel on appeal?  ☐ Yes  ☑ No. If yes, state the attorney's name and address, if known:

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☑ No.  If yes, give the following information:
   a. Result _____   b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. Issues raised: (1) _____ N/A _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    _____ N/A _____

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    "I have exhausted (administrative grievances) at facilitie and to authorities of health care providers that have not answered any grievances (violate my federal civil rights). These action that are under William Kolender the (sheriffs-medical division) system that ive been deprived of with no psychiatrists-treatment-that i-urgently need.."

    b. Did you seek the highest level of administrative review available?  ☐ Yes  ☑ No.
       Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **Issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

MC–275

13. a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

   b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result *(Attach order or explain why unavailable):* _____

    (5) Date of decision: _____

   [N/A written across 13a and 13b]

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

    _____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

    MARK KIRKNESS my Attorney [N/A] El Cajon Court, 250 Main Street
    6th Floor [El Cajon], Cal. 92020 (619) 441-4649

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

    MARK KIRKNESS my ATTORNEY IN ElCAJON COURTS, 250 MAIN STREET 6th FLOOR
    ElCAJON CALIF 92020 (619) 441-4649

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

    _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

    N/A

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 6-18-08                        ▶ Samuel liam Zoch
                                        (SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]        **PETITION FOR WRIT OF HABEAS CORPUS**                Page 6 of 6

I suffer illiteracy

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Samuel Liam Zoch

**DEFENDANTS**

SD County Sheriffs Medical

FILED JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Samuel Liam Zoch
446 Alta Road, Suite 5300
San Diego, CA 92158

ATTORNEYS (IF KNOWN)

'08 CV 1130 J AJB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395f) | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ____ Docket Number ____

DATE   6/24/2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]